# UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Guoming Xue , ;**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Pinal

Plaintiff's Atty(s):

**Zheng "Andy" Liu ,**
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
650-475-6289

**Defendant**(s): **Eric Rokosky , ;**

County of Residence: Pinal

Defendant's Atty(s):

,

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **2. U.S. Government Defendant** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **463 Alien Detainee** |
| VI.Cause of Action: | **28 U.S.C. § 2241 Challenge to unlawful detention** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **No** |

VIII. This case **is related to Case 2:26-cv-07159-CKJ**

---

**Signature:** /s/ Zheng Liu

**Date:** 10/20/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser